■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v VINCENT IGLESIAS, Appellant.—Judgments, Supreme Court, New York County (Richard Failla, J.), rendered November 29, 1990, convicting defendant, after a jury trial, of criminal sale of a controlled substance in the third degree, and sentencing him to a prison term of 5 to 10 years, to run concurrent with identical concurrent sentences imposed upon defendant upon his conviction, upon a plea of guilty, of criminal sale of a controlled substance in the third degree and criminal possession of a controlled substance in the third degree, under a separate indictment, unanimously affirmed.

On June 28, 1990, the defendant and the co-defendant sold two glassines of heroin to an undercover officer. After a brief chase, the defendant was apprehended and one glassine of heroin and $20 in pre-recorded buy money were recovered from his person.

Defendant's claim that statements made by the prosecutor during summation deprived him of a fair trial is without merit. The prosecutor's statements constituted a fair response to defense arguments. Concur—Murphy, P. J., Wallach, Ross and Asch, JJ.

■ LILIANA S. SAUTER, Respondent, v 784 PARK AVENUE REALTY, INC., et al., Appellants. (And a Third-Party Action.)— Order, Supreme Court, New York County (Carmen Beauchamp Ciparick, J.), entered January 6, 1992, which denied defendants' motion for dismissal of plaintiff's complaint based upon a prior release, unanimously affirmed, with costs.

The release which was before the IAS Court expressly and unequivocally restricts its coverage to all actions, suits, etc., which arose out of the events of September 11-13, 1987 involving water damage sustained by plaintiff. Said release does not preclude the current action concerning water damage which allegedly occurred in August 1988.

We also note that our review is limited to the record before the IAS Court. Concur—Murphy, P. J., Wallach, Ross and Asch, JJ.